**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

OCT 2 1 2014

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | CRIMINAL NO. B-14-968-MJ |
| KEVIN LYNDEL MASSEY | § | |

## GOVERNMENT'S REQUEST TO UNSEAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW KENNETH MAGIDSON, United States Attorney for the Southern District of Texas, by and through William Hagen, Assistant United States Attorney, and respectfully requests this Honorable Court to Unseal the above-styled Complaint as to **KEVIN LYNDEL MASSEY**.

Respectfully submitted,

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
WILLIAM F. HAGEN
Assistant United States Attorney
Fed. Bar No. 28261
TX Bar No. 08688600
600 E. Harrison St, #201
Brownsville, TX 78520
Tel: (956) 548-2554; Fax: (956) 548-2711