UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 1 2014

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | CRIMINAL NO. B-14-968-MJ |
| KEVIN LYNDEL MASSEY | § | |

# O R D E R

Government's Request to Unseal Criminal Complaint is hereby **GRANTED**.

The United States District Clerk is hereby ORDERED that the above-captioned **COMPLAINT** be **UNSEALED** as to **KEVIN LYNDEL MASSEY**.

Signed on this the ___21ST___ day of OCTOBER, 2014.

_____
PRESIDING JUDGE