## Return

| Case No.: B-14-968-MJ | Date and time warrant executed: 10/20/14  6:45pm | Copy of warrant and inventory left with: United States District Court Southern District of Texas FILED |
|---|---|---|

Inventory made in the presence of :  *ATF SA Rivas ; Ramirez*

OCT 21 2014

David J. Bradley, Clerk of Court

Inventory of the property taken and name of any person(s) seized:

Vehicle

1 Ballistic Helmet

Ammo Box filled w/ Ammonium nitrate (suspected) and fuel

6 - 7.62 x 51 mm magazines filled with emmunition rounds w/ magazine carriers (2)

4 ammunition boxes filled with assorted rounds of ammunition

14 small boxes of misc. ammunition various calibers

1 plastic bag of assorted rounds of ammunition

1 Apple iphone

1 Progressive Vehicle Insurance card

1 notebook

1 night camera

2 GoPro cameras

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/20/14

_____
*Executing officer's signature*

Anthony Rotunno SA
_____
*Printed name and title*

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| B-14-968-MJ | 6:45 pm 10/20/14 | in room 227 |

Inventory made in the presence of :

ATF SA Wiest and Joya

Inventory of the property taken and name of any person(s) seized:

- Springfield, model: XD, .45 caliber, su: US 77 7533 loaded with ammo
- .45 caliber rounds of ammunition - loose rounds
- 6 SD memory cards
- 6 thumb drives
- misc. docs ie room receipts, supply lists, inventory
- several ID cards
- 2 laptops - Dell : HP
- misc. immigration ID of numerous individuals
- 20 cartridges in two bandalers

United States District Court
Southern District of Texas
FILED

OCT 21 2014

David J. Bradley, Clerk of Court

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/20/14

_Executing officer's signature_

Anthony Rotunno   ATF SA
_Printed name and title_