AO 458 (Rev. 06/09) Appearance of Counsel

UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| UNITED STATES OF AMERICA | ) | | |
|---|---|---|---|
| *Plaintiff* | ) | | |
| | ) | Case No. | 1:14-mj-00968-1 |
| v. | ) | | |
| | ) | | |
| KEVIN LYNDEL MASSEY | ) | | |
| *Defendant* | ) | | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

KEVIN LYNDEL MASSEY                                                                                              .

Date: October 22, 2014

_____
*Attorney's signature*

Edmund K Cyganiewicz   Fed. I.D. 2243
*Printed name and bar number*

1000 E. Madison St. Brownsville, TX 78520
*Address*

edcyganiewicz@rgv.twcbc.com
*E-mail address*

(956)541-5995
*Telephone number*

(956)542-4475
*FAX number*